AO 91 (Rev. 11/11) Criminal Complaint

DOA: 1/27/2026

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Manuel de Jesus Nunez-Lopez<br>A#089 823 580<br><br>*Defendant* | )<br>)<br>) Case No.  26-3024MJ<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about January 25, 2026, in Maricopa County, in the District of Arizona, the defendant violated Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien), an offense described as follows:

Manuel de Jesus Nunez-Lopez, an alien, was found in the United States at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Brownsville, Texas on or about April 23, 2013, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1) (Reentry of Removed Alien). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

SUZANNE GUERIN
Digitally signed by SUZANNE GUERIN
Date: 2026.01.28 09:49:26 -07'00'

AUTHORIZED BY:  Suzanne Guerin, P.S. for AUSA Jacqueline Pecaro

☒ Continued on the attached sheet.

JAMES N LUONG
Digitally signed by JAMES N LUONG
Date: 2026.01.28 09:57:28 -07'00'

_____
*Complainant's signature*

James N. Luong
ICE Deportation Officer
_____
*Printed name and title*

Sworn to telephonically.

Date: January 28, 2026

M Morrissey
_____
*Judge's signature*

City and state: Phoenix, Arizona

Michael T. Morrissey
United States Magistrate Judge
_____
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Deportation Officer, James N. Luong declare under penalty of perjury that the following is true and correct.

1. I am a Deportation Officer. I have learned the facts recited herein from direct participation in the investigation and from the reports and communications of other agents and officers.

2. On or about January 25, 2026, Manuel de Jesus Nunez-Lopez was arrested by officers with the Phoenix Police Department and booked into the Maricopa County Jail (MCJ), in Phoenix, Arizona, on local charges. While Nunez-Lopez was confined at the MCJ, ICE officers encountered him, and he stated that he is a citizen of Mexico. On or about January 26, 2026, date, an immigration detainer was logged with the MCJ for Luna-Silva. On or about January 27, 2026, Nunez-Lopez was released from the MCJ to ICE custody and transported to the Phoenix ICE Office for further investigation and processing. Nunez-Lopez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Manuel de Jesus Nunez-Lopez to be a citizen of Mexico and a previously deported alien. Nunez-Lopez was removed from the United States to Mexico, through Brownsville, Texas on or about April 23, 2013, pursuant to a final order of removal issued by an immigration judge. There is no record of Nunez-

Lopez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after her last removal. Nunez-Lopez immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that on or about April 19, 2013, Manuel de Jesus Nunez-Lopez was convicted of Illegal Re-entry After Deportation Subsequent to a Felony Conviction, a felony offense, in the United States District Court, District of Colorado. Nunez-Lopez was sentenced to time served of imprisonment. Nunez-Lopez's criminal history was matched to him by electronic fingerprint comparison.

5. On or about January 27, 2026, Manuel de Jesus Nunez-Lopez was advised of his constitutional rights. Nunez-Lopez freely and willingly acknowledged his rights and provided a statement under oath. Nunez-Lopez stated that his true and correct name is "Manuel de Jesus Nunez-Lopez" and that he is a citizen of Mexico, Nunez-Lopez also stated that he last entered the Untied States "around 2012" at or near "El Paso, Texas." Nunez-Lopez admitted to entering the United States "Illegally." Nunez-Lopez further stated that he has not applied to the Attorney General or the Department of Homeland Security for permission to reenter the United States after his last removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about January 25, 2026, Manuel de Jesus Nunez-Lopez, an alien, was found in the United States at or near Phoenix, in the District of Arizona, after having been previously denied

admission, excluded, deported, or removed from the United States at or near Brownsville, Texas on or about April 23, 2013 and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1) (Reentry of Removed Alien).

7. This affidavit was sworn to telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. I have thoroughly reviewed the affidavit and the attachments to it, and attest that there is sufficient evidence to establish probable cause that the defendant violated Title 8, United States Code, Section 1326(a), and enhanced by (b)(1) (Reentry of Removed Alien).

JAMES N LUONG
Digitally signed by JAMES N LUONG
Date: 2026.01.28 09:58:09 -07'00'

James N. Luong
Deportation Officer
Immigration and Customs Enforcement

Sworn to telephonically on
January 28, 2026

M Morrissey

Michael T. Morrissey
United States Magistrate Judge